IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOIS WHITE,<br><br>    Plaintiff,<br><br>v.<br><br>NAPERVILLE HOTEL PARTNERS,<br>LLC., an Illinois limited liability company<br><br>    Defendant. | Case No. 1:25-cv-04971<br><br>Honorable LaShonda A. Hunt |

## NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff respectfully notifies the Court that the Parties have agreed to resolve the above-captioned matter. Counsel for the parties are in the process of finalizing a Settlement Agreement and expect to file a Stipulation of Dismissal within the next forty-five (45) days. The Parties respectfully request that all upcoming deadlines and hearings, including but not limited to Defendant's response to the Complaint due September 19, 2025, be adjourned.

                          Respectfully submitted

                          CASS LAW GROUP, P.C.

                          /s/ Angela C. Spears
                          Angela C. Spears
                          CASS LAW GROUP, P.C.
                          20015 S. LaGrange Rd #1098
                          Frankfort, IL 60423
                          T: (872) 329-4844
                          E: aspears@casslawgroup.com
                          *Counsel for Plaintiff*

Dated: September 19, 2025