# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Lois White

                       Plaintiff,

v.                                                   Case No.: 1:25–cv–04971

                                                           Honorable LaShonda A. Hunt

Naperville Hotel Partners, LLC.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 12, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: The parties did not file a stipulation of dismissal by 11/5/25 as ordered [25]. Accordingly, this action dismissed without prejudice and with leave to reinstate by 1/12/26. If no such motion is filed by that date, the case will be deemed dismissed with prejudice without further order of the Court. All pending motions and deadlines are terminated as moot. Civil case terminated. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.